■ CHARLES BARNETT CO., INC., Respondent, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant.— In view of our decision in a companion appeal (7 A D 2d 897), this appeal is dismissed as academic, without costs. Since the action may be revived as a result of the leave therein granted, it is noted that no abuse of discretion was established in the circumstances. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ STANLEY WOOLF, Respondent, v. R. T. REED, as President of American Express Company, Appellant, et al., Defendants.— Appeal dismissed, without costs. The Special Term order from which this appeal is taken does not affect a substantial right and, therefore, is nonappealable. Defendant could have complied with subdivision 1 of rule XI of the New York County Supreme Court Trial Term Rules by serving a new notice of examination. Costs are disallowed because the respondent's brief was neither served nor filed within the time provided therefor by the rules. Concur — Breitel, J. P., Rabin, M. M. Frank, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARIE GARRIOLA, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ RICHARD L. DAVISSON, Appellant, v. JERRY MILLER, Respondent.— Order so far as appealed from unanimously affirmed, with $20 costs and disbursement to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.